1   Timothy P. Rumberger, Esq., California State Bar #145984
    **LAW OFFICES OF TIMOTHY P. RUMBERGER**
2   1339 Bay Street, Alameda, California 94501
    Phone: (510)841-5500; Fax: (510)521-9700
3   e-mail: tim@rumbergerlaw.com

4   Kevin R. Allen, Esq., California State Bar #237994
    **ALLEN ATTORNEY GROUP**
5   2121 N. California Blvd., Suite 290, Walnut Creek, California 94549
    Phone: (925)695-4913; Fax: (925)334-7477
6   e-mail: Kevin@allenattorneygroup.com

7   Attorneys for the Plaintiff Jose Vasquez
    And the putative Plaintiff Classes
8

9

10                  UNITED STATES DISTRICT COURT

11                  CENTRAL DISTRICT OF CALIFORNIA

12

13   JOSE VASQUEZ, individually and on        )   **Case No.  2:21-cv-00693-AB-AS**
     behalf of all those similarly situated,   )
14                                             )   NOTICE OF WITHDRAWAL OF
                                               )   MOTION FOR CONDITIONAL
15          Plaintiff,                         )   CERTIFICATION
     v.                                        )
16                                             )   Date:  September 3, 2020, Friday
     DRAPER AND KRAMER                         )   Time: 10:00 a.m.
17   MORTGAGE CORP.,                           )   Judge: André Birotte, Jr.
                                               )   Courtroom: First Street Court House, 7B
18          Defendants,                        )   350 W. First Street, Los Angeles, CA
     _____       )
19

20

21

22          **NOTICE OF WITHDRAWAL OF MOTION**:  To all parties and counsel

23   of record, PLEASE TAKE NOTICE that, following discussions amongst counsel,

24   Plaintiff's hereby withdraws his Motion for Conditional Certification, and will refile

25

26   the Motion for Conditional Certification and Distribution of Notice Pursuant to 20

27   U.S.C. §216(b) for hearing on Friday, September 17, 2021.

28

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

1

NOTICE OF WITHDRAWAL OF MOTION CONDITIONAL CERTIFICATION BRIEFING SCHEDULE

1    In addition to Plaintiff's timely filing of the Motion and all supporting papers,

2

3    counsel for the parties anticipate the following briefing schedule consistent with

4    Central District Local Rules 7-9, 7-10, and 7-11:

5    Opposing Papers shall be filed and served no later than August 27, 2021,

6    twenty-one (21) days prior to the hearing;

7

8    Reply Papers shall be filed and served no later than September 3, 2021,

9    fourteen (14) days prior to the hearing.

10

11

12                                    Respectfully submitted,

13

14   Dated:  August  10, 2021          By:_____/s/_____
                                       TIMOTHY P. RUMBERGER, Esq.
15                                     KEVIN R. ALLEN, Esq.
                                       Counsel for Plaintiff Jose Vasquez and
16                                     the Putative Plaintiff Class Members

17

18

19

20

21

22

23

24

25

26

27

28

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

2

**NOTICE OF WITHDRAWAL OF MOTION CONDITIONAL CERTIFICATION BRIEFING SCHEDULE**