1  Timothy P. Rumberger, Esq., California State Bar #145984
   **LAW OFFICES OF TIMOTHY P. RUMBERGER**
2  1339 Bay Street, Alameda, California 94501
   Phone: (510)841-5500; Fax: (510)521-9700
3  e-mail: tim@rumbergerlaw.com

4  Kevin R. Allen, Esq., California State Bar #237994
   **ALLEN ATTORNEY GROUP PC**
5  2121 N. California Blvd., Suite 290, Walnut Creek, California 94549
   Phone: (925)695-4913; Fax: (925)334-7477
6  e-mail: Kevin@allenattorneygroup.com

7  Attorneys for the Plaintiff
   And the putative Plaintiff Classes
8

9

10                    UNITED STATES DISTRICT COURT

11                   CENTRAL DISTRICT OF CALIFORNIA

12

13  JOSE VASQUEZ, individually and on        )    **Case No.  2:21-cv-00693-AB-AS**
    behalf of all those similarly situated,  )
14                                           )
                                             )    **CLASS ACTION**
15          Plaintiff,                       )
    v.                                       )    DECLARATION OF COUNSEL
                                             )    KEVIN R. ALLEN IN SUPPORT
16                                           )    OF CONDITIONAL
    DRAPER AND KRAMER                        )    CERTIFICATION  AND
17  MORTGAGE CORP.,                          )    DISTRIBUTION OF NOTICE
                                             )    PURSUANT TO 29 U.S.C.
18          Defendants,                      )    §216(b)
                                             )
19  _____

20                                                Date:  September 17, 2020, Friday
                                                  Time: 10:00 a.m.
21                                                Judge: André Birotte, Jr.
                                                  Courtroom: First Street Court House, 7B
22                                                350 W. First Street, Los Angeles, CA

23                                                Zoom Link: https://cacd-
24                                                uscourts.zoomgov.com/j/1603691368?p
                                                  wd=NEJUUDJrOHRMQTRwbEVOVW
25                                                dXVFZEZz09(link is external)
                                                  Telephone: (669) 254-5252
26                                                Webinar ID: 160 369 1368
                                                  Passcode: 536958
27

28

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
(510) 841-5500

1

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND
DISTRIBUTION OF NOTICE**

1
2
3
4
5
6

The Court, having received and considered Plaintiff's Motion for Conditional Certification and Distribution of Notice Pursuant to 29 U.S.C. § 216(b) ("Motion"), including all papers and argument submitted in support of and in opposition to the Motion, HEREBY GRANTS the Motion and issues the following FINDINGS and ORDERS:

7
8
9
10
11
12
13
14

1.   Plaintiff asserts claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. ("FLSA"), seeking to remedy alleged minimum wage and overtime violations. Plaintiff moves this Court for an Order that notice should issue to all current and former employees of Defendant Draper and Kramer Mortgage Corp. (collectively "ITG") who worked as Loan Officers throughout the United States during the time period three years prior to the filing of the Complaint through the present ("Collective" or "Loan Officers"), to alert them of their rights to file an Opt-In consent form to toll the statute of limitations on their FLSA claims.

15
16
17
18
19
20
21
22
23
24
25

2.   Through the allegations in the Complaint and materials submitted in support of the underlying Motion - including the declarations submitted therewith – the Court finds that Plaintiff have met the "fairly lenient standard" at this stage of the litigation, *Escobar v. Whiteside Const. Corp*., No. C 08-01120 WHA, 2008 WL 3915715 (N.D. Cal. Aug. 21, 2008), and have shown that Plaintiff and the proposed Collective of Loan Officers are "similarly situated" and "may proceed in a collective" because "they share a similar issue of law or fact material to the disposition of their FLSA claims." *Campbell v. City of Los Angeles*, 903 F.3d 1090, 1117 (9th Cir. 2018). As such, Plaintiff's Motion is GRANTED and the proposed Collective is HEREBY conditionally certified as FLSA collective action.

26
27

3.   Pursuant to *Hoffman-LaRoche v. Sperling*, 439 U.S. 165 (1989), notice should issue to the proposed FLSA Collective. The proposed Notice of Collective Action

28

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
(510) 841-5500

2

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND DISTRIBUTION OF NOTICE**

Lawsuit and Notice Via Cell Phone Text Message (collectively, "Notice") and Opt-In Consent Form submitted by Plaintiff is sufficient and consistent with others found proper in this District. As such, Plaintiff's proposed Notice and Opt-In Consent Form, attached as Exhibits 8, 9, 10 to the Declaration of Kevin R. Allen In Support of Plaintiff's Motion for Conditional Certification and Distribution of Notice Pursuant to 29 U.S.C. § 216b(b), are HEREBY approved.

4. Within ten (10) days of this Order, Defendant shall provide to Plaintiff's counsel a computer-readable database that includes the names of all proposed Collective members, along with each individual's (2) job title, (3) last known business and residence addresses, (4) all known telephone numbers, (5) all known email addresses, (6) date of birth, (7) last four digits of the social security number, (8) dates of employment, (9) location(s) of employment with D&K, and (10) date of execution of any purported "confidential settlement agreement and release" with Draper and Kramer Mortgage Corp.

5. Within ten (10) business days of receiving the electronic database, Plaintiff shall cause the Notice and Opt-In Consent Form to be sent via regular mail (with an enclosed self- addressed stamped return envelope), email, and text message to all Loan Officers who performed work within three years prior to the date of this Order who have not already filed Opt-In Consent Forms on the docket (the "Notice Date"), and Plaintiff's counsel may utilize a third-party Notice Administrator for this purpose. Plaintiff's counsel and/or the Notice Administrator may undertake reasonable efforts to attempt to locate Loan Officers for whom Notices are returned as undeliverable.

6. All Loan Officers shall have ninety (90) days after the date on which the Notice and Consent Forms are sent to return their Opt-In Consent Forms to Plaintiff's counsel / the Notice Administrator (received or postmarked). Loan Officers may return their Opt-In Consent Forms by mail, electronic mail, or facsimile, and they may execute

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
(510) 841-5500

3

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND DISTRIBUTION OF NOTICE**

1   and submit their Opt-In Consent Forms online through an electronic signature service

2   that will be established by Plaintiff's counsel or the Notice Administrator.

3      7.  A duplicate copy of the Notice and Opt-In Consent Form may be sent as with

4   a reminder notice forty-five days after the Notice Date to Loan Officers who have not

5   returned their Opt-In Consent form as of that date.

6      8.  By the Notice Date, Defendants shall post a copy of the Notice in appropriate,

7   conspicuous, visible, and accessible places at each of its offices or other locations in

8   which Collective Members currently work and maintain such posting throughout the

9   ninety (90)-day notice period.

10     9.  All Opt-In Consent Forms will be deemed to have been filed with the Court the

11  date that they are stamped as received by Plaintiff's counsel or the Notice

12  Administrator. Plaintiff's counsel shall file the Consent Forms with the Court on an

13  ongoing basis and no later than two weeks after the end of the 90-day notice period.

14

15

16

17  **IT IS SO ORDERED.**

18  Dated: _____                    _____

19                                           The Honorable André Birotte, Jr.

20                                           United States District Court Judge

21                                           Central District of California

22

23

24

25

26

27

28

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CONDITIONAL CERTIFICATION AND DISTRIBUTION OF NOTICE**