Timothy P. Rumberger, Esq., California State Bar #145984
**LAW OFFICES OF TIMOTHY P. RUMBERGER**
1339 Bay Street, Alameda, California 94501
Phone: (510)841-5500; Fax: (510)521-9700
e-mail: tim@rumbergerlaw.com
Attorneys for the Plaintiff Jose Vasquez
And the certified nationwide collective

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VASQUEZ, individually and on behalf of all those similarly situated,<br><br>      Plaintiff,<br>v.<br><br>DRAPER AND KRAMER MORTGAGE CORP.,<br><br>      Defendant,<br>_____ | **Case No.  2:21-cv-00693-FMO-ASx**<br><br>**CLASS/COLLECTIVE ACTION**<br><br>**JOINT STATUS REPORT RE: NOTICE OF SETTLEMENT**<br><br>Judge: Hon Fernando M. Olguin |

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
**(510) 841-5500**

JOINT STATUS REPORT RE: SETTLEMENT

i

Pursuant to California Central District Court Local Rule 16-15, and Judge Fernando M. Olguin's 11/18/2024 Scheduling and Case Management Order (Doc 150), as modified 12/5/2024(Doc. 152), counsel for all parties jointly report the status of their settlement efforts as follows:

The parties engaged Hon. Margaret Nagle (Ret.) for a full-day of Mediation scheduled for February 3, 2025 that commenced at at 9:30AM (Pacific).

Attending on behalf of Defendant was Chris Braham and Brian Casillas, its outside litigation counsel, along with James Hayes and Jeff Richman as its corporate representatives.  Attending on behalf of the Plaintiffs was their counsel, Timothy Rumberger together with lead Plaintiff Jose Vasquez, in addition to members flying out to also appear in-person from the East Coast and the Mid-west – Matthew Ewald (Naperville, Illinois), Gil Segal (Marmora, New Jersey), and Eddie Jackson (Alexandria, Virginia), with all other Collective members otherwise participating live remotely via Zoom.

The Mediation proceeded continuously, with the Parties ultimately reaching an agreement on material settlement terms.  The Parties expect to be able to file a long-form settlement agreement for Court approval and corresponding request for dismissal within the next week.

Respectfully submitted,

Dated:  February 5, 2022

By: _____/s/_____
TIMOTHY P. RUMBERGER, Esq.
Counsel for Plaintiff and the Collective

Dated:  February 5, 2022

By: _____/s/_____
**MCDERMOTT WILL AND EMERY, LLP**
CHRIS BRAHAM, Esq.
BRIAN CASILLAS, Esq.
Counsel for Defendant

*Law Offices of*
**TIMOTHY P. RUMBERGER**
**1339 Bay Street**
**Alameda, California 94501**
(510) 841-5500

1

JOINT STATUS REPORT RE: SETTLEMENT