# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VASQUEZ, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAPER AND KRAMER MORTGAGE CORP.,<br><br>Defendant. | Case No. 2:21-cv-00693-FMO-AS<br><br>**ORDER RELIEVING PLAINTIFF FROM OBLIGATION TO FILE MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF SETTLEMENT BY MARCH 13, 2025**<br><br>CLASS AND COLLECTIVE ACTION<br><br>Complaint filed: September 22, 2020<br>FAC filed: June 3, 2021 |

Having reviewed and considered the Parties' filing on their clarification regarding the scope of their settlement, and upon the good cause shown therein, it is hereby ORDERED that:

1. Plaintiff need not comply with the Minute Order issued on February 14, 2025, requiring him to file a Motion for Class Certification and Preliminary Approval of the Settlement by March 13, 2025.

**IT IS SO ORDERED.**

Dated: March 10, 2025          _____/s/_____
                                                Hon. Fernando M. Olguin
                                                United States District Judge

ORDER RELIEVING THE PLAINTIFF