JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VASQUEZ, individually and on behalf of all those similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DRAPER AND KRAMER MORTGAGE CORP.,<br><br>　　　　Defendant. | Case No. 2:21-cv-00693-FMO-AS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION [168] FOR SETTLEMENT APPROVAL**<br><br><u>CLASS AND COLLECTIVE ACTION</u><br><br>Complaint filed: September 22, 2020<br>FAC filed: June 3, 2021 |

ORDER GRANTING THE PARTIES' STIPULATION FOR SETTLEMENT APPROVAL

## ORDER

Having reviewed and considered the Parties' Stipulation for Court Approval of Settlement, and upon the good cause shown therein, it is hereby ORDERED that:

1. The Parties' Stipulation for Court Approval of Settlement is hereby GRANTED. The terms of the Parties' Settlement Agreement attached as Exhibit A to the Stipulation are approved as fair, adequate, reasonable, and in the best interests of the Plaintiffs.

3. Neither this Order nor any aspect of the Parties' settlement is to be construed or deemed an admission of liability, culpability, negligence or wrongdoing on the part of Defendant. In particular, and without limiting the generality of the foregoing, nothing in this Order or in this settlement shall be offered or construed as an admission of, or evidence of, liability, wrongdoing, impropriety, responsibility or fault whatsoever by Defendant or their employees or agents.

4. The Court approves Defendant's agreement to pay Plaintiffs' Counsel attorneys' fees out of the gross settlement fund in the amount of $165,000 and litigation costs in the amount of $35,956.52 (Plaintiff's counsel's litigation costs) + $2,347.50 (Plaintiff's share of settlement administration costs) = $38,304.02.

5. The costs of administering the settlement, which shall not exceed $4,695.00, shall be borne equally by Defendant and Plaintiffs (Plaintiffs' portion is included in the costs above and is to be deducted from the gross settlement fund).

6. The Court hereby dismisses this action without prejudice. Unless otherwise ordered by this Court, the Clerk shall enter final judgment dismissing this action on the merits with prejudice and without costs or attorney's fees to any party other than as provided in the Settlement Agreement sixty (60) days after this order is entered.

**IT IS SO ORDERED.**

Dated: March 10, 2025              \_\_/s/  Fernando M. Olguin_____
                                                United States District Judge